FILED: March 5, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4902

(5:11-cr-00031-BR-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

TERRENCE MAURICE MCNEILL, a/k/a Lil' Fred

        Defendant - Appellant

_____

O R D E R

_____

The court defers consideration of the appellant's motion for leave to file an attachment to the brief pending a review of the merits of the case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk