12-4902      JJN

April 22, 2013

Terrence M. McNeill
#24531-056
U.S.P. Allenwood
P.O. Box 3000
White Deer, PA
17887

Court of Appeal for the fourth Cir.
1100 E. Main St.
Suite 501
Richmond, VA 23219

RECEIVED 2013 APR 26 AM 9:52 U.S. COURT OF APPEALS FOURTH CIRCUIT

Dear Sir/Madam,

I being trying to contact my lawyer about the Pre-FSA, but he never respond back to any of my messages. I spoke to his wife which is his paralegal on about 4-4-13 around 9:20 A.M. she told me she will leave a note on his desk to respond back to me, but I haven't heard anything from my attorney about my case. Could someone from your Dept. forward this letter to MY ATTORNEY.

Below is the case I would like my attorney to look at and see if this case would help me.

Dorsey v. U.S. 91 CRL 416 (U.S. 2012)
"Post-FSA Resentencing Means Lowered Penalties."
Original Pre FSA sentences remain extant, the U.S. Court of Appeal for the Eleventh Cir. Held April 9th (United States v. Hinds, 11 Cir., No. 11-16048 4/9/13

INMATE NAME/NUMBER: Terrence McNeill #24531-056
FCC ALLENWOOD
P.O. BOX 3000
WHITE DEER, PA 17887

APR 22 2013

Legal Mail

⇔24531-056⇔
Court Of Appeal
1100 E MAIN ST
Suite 501
Richmond, VA 23219
United States

APR 26 2013

MAILED FROM
US PENITENTIARY Legal Mail